# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Luedtke Engineering Company ) ASBCA No. 60628
)
Under Contract No. W912P4-14-C-0024 )

APPEARANCES FOR THE APPELLANT: Jeffrey M. Gallant, Esq.
Thomas M. Keranen, Esq.
Clark Hill PLC
Detroit, MI

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
Bryan E. Miller, Esq.
Kimberly A. Rowles, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Buffalo

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 February 2018

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60628, Appeal of Luedtke Engineering Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals